**FILED**

March 5, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____RR_____
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**Case No: SA:25-CR-00124-JKP**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>**v**<br><br>**CARLOS FABIAN VELEZ**<br><br>**Defendant** | **INDICTMENT**<br><br>**COUNT 1:** 18 U.S.C. § 1425(a): Unlawful Procurement of Citizenship or Naturalization<br><br>**COUNT 2:** 18 U.S.C. § 1425(b): Unlawful Procurement of Citizenship or Naturalization<br><br>**COUNT 3:** 18 U.S.C. § 1425(a): Unlawful Procurement of Citizenship or Naturalization<br><br>**8 U.S.C. § 1451(e): REVOCATION OF CITIZENSHIIP** |

THE GRAND JURY CHARGES:

## COUNT ONE
**[18 U.S.C. § 1425(a)]**

That on or about May 2, 2018, in the Western District of Texas, the defendant,

**CARLOS FABIAN VELEZ,**

did knowingly procure, obtain, apply for, and attempt to procure his naturalization as a United States citizen contrary to law, by making false sworn statements regarding his naturalization application, that is:

- On Part 10.D. Good Moral Character, Question 22 of his Application for Naturalization (Form N-400), in response to the question "Have you ever committed a crime or offense

for which you were not arrested?" he answered "No," when in fact, as he then knew, he had committed the crime and offenses of possession, receipt, and distribution of child pornography in San Antonio, Texas since at least, on or about July 22, 2014, and continuing through May 2, 2018. Further, in Part 13 on April 18, 2018, Defendant certified, under penalty of perjury that all information in the application was complete, true, and correct, by signing his name.

All in violation of Title 18, United States Code, Section 1425(a).

## COUNT TWO
### [18 U.S.C. § 1425(b)]

That on or about January 14, 2019, in the Western District of Texas, Defendant,

**CARLOS FABIAN VELEZ,**

did knowingly procure, obtain, apply for, and attempt to procure his naturalization as a United States citizen to which he was not entitled at the time of his naturalization, that is:

- Defendant could not satisfy the "good moral character" requirement for naturalization, in accordance with to 8 U.S.C. § 1427 because when he was pursuing his naturalization, during which he was required to have "good moral character," he gave false testimony for the purpose of obtaining benefits under Chapter 12 of Title 8 of the United States Code, to wit: on January 14, 2019, an immigration officer, USCIS Officer Zaira Tinoco, interviewed **CARLOS FABIAN VELEZ** under oath regarding eligibility for his application for naturalization. On this date, Officer Tinoco verbally asked **CARLOS FABIAN VELEZ** Question 22 again, "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" **CARLOS FABIAN VELEZ** verbally responded "No" when in fact, as the

2

Defendant then knew, the Defendant had committed the crime and offense of possession, receipt, and distribution of child pornography, on or about May 31, 2018, in San Antonio Texas.

All in violation of Title 18, United States Code, Section 1425(b).

## COUNT THREE
### [18 U.S.C. § 1425(a)]

That on or about February 20, 2019, in the Western District of Texas, Defendant,

**CARLOS FABIAN VELEZ,**

did knowingly procure, obtain, apply for, and attempt to procure his naturalization as a United States Citizen contrary to law, by make false sworn statements regarding his Form N—445, which was necessary for his naturalization, to wit:

- On January 22, 2019, USCIS sent Form N-445 - Notice of Naturalization Oath Ceremony to **CARLOS FABIAN VELEZ**. The form indicated **CARLOS FABIAN VELEZ** was scheduled to appear for a Naturalization Oath Ceremony on February 20, 2019. The form included additional questions to ensure **CARLOS FABIAN VELEZ** maintained good moral character and eligibility since his naturalization interview. On February 20, 2019, **CARLOS FABIAN VELEZ** signed USCIS Form N-445 - Notice of Naturalization Oath Ceremony, which question number three (3) asked, "Since your interview, have you knowingly committed any crime or offense, for which you have not been arrested?" **CARLOS FABIAN VELEZ** marked "NO" to this question when in fact, as he then knew, from at least January 14, 2019, February 20, 2019, he had regularly and repeatedly committed the crime and offenses of possession, receipt, and distribution of child pornography in San Antonio Texas.

All in violation of Title 18, United States Code, Section 1425(a).

3

## REVOCATION OF CITIZENSHIP

Notice is hereby given that upon conviction of either Count 1, Count 2, or Count 3 of the Indictment, Defendant **CARLOS FABIAN VELEZ**'s naturalization shall, by Court order, be revoked, set aside, and declared void, and Defendant **CARLOS FABIAN VELEZ**'S certificate of naturalization shall, by the same order, be cancelled, and, along with any other indicia of citizenship, returned to the Attorney General or his representative, pursuant to 8 U.S.C. § 1451(e).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN
Acting United States Attorney

By: _____
FOR FIDEL ESPARZA III
Assistant United States Attorney

4